## 32981. TOOTLE v. THE STATE.

JORDAN, Justice.

Appellant's motion in superior court "to secure court records" for use in filing habeas petition was denied.

*Judgment affirmed. All the Justices concur, except Hall, J., who concurs in the judgment only.*

DECIDED NOVEMBER 8, 1977.

Donnie M. Tootle, *pro se.*

*Andrew J. Ryan, III, District Attorney, Joseph D. Newman, Assistant District Attorney,* for appellee.